# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARK ANDRE,**

      **Plaintiff,**

**v.**                                                                                                                Case No: 6:16-cv-730-Orl-37GJK

**SECRETARY, DEPARTMENT OF HOMELAND SECURITY, TRANSPORTATION SECURITY ADMINISTRATION,**

      **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOTION BY PRO SE LITIGANT TO PARTICIPATE IN ELECTRONIC FILING (Doc. No. 8)
>
> **FILED:** August 10, 2016
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

The United States District Court, Middle District of Florida's Administrative Procedures for Electronic Filing (the "Electronic Filing Procedures") provides that only attorneys admitted to practice in this Court are eligible to file documents electronically and *pro se* litigants, absent leave of Court, "must file all pleadings and documents in paper format with the appropriate divisional Clerk's Office." *Id*. at II(A)(1)-(2). On August 10, 2016, the *pro se* Plaintiff filed a Motion to Participate In Electronic Filing (the "Motion"). Doc. No. 8. In it, Plaintiff requests leave to file

documents electronically using the Court's CM/ECF electronic docketing system.  *Id*.  However, Plaintiff fails to demonstrate good cause for why the Court should set aside the Electronic Filing Procedures prohibition on *pro se* litigants filing electronic documents.  *Id*.  Accordingly, the Motion is **DENIED** for failure to demonstrate good cause.[1]

**DONE** and **ORDERED** in Orlando, Florida on August 16, 2016.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] The Court notes that, in the Motion, Plaintiff failed to provide his email address.  Doc. No. 8.  If Plaintiff renews the Motion, and provides his email address, the Court will consider whether it is appropriate for the Clerk to send all notices, orders, and filings to Plaintiff electronically via email.