UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARK ANDRE,

      Plaintiff,

v.                                                    Case No. 6:16-cv-730-Orl-37GJK

SECRETARY, DEPARTMENT OF
HOMELAND SECURITY
ADMINISTRATION,

      Defendant.
_____

## SPECIAL INTERROGATORIES TO THE JURY

On the following questions, we the jury, find as follows:

1. As to the race or color claim, do you find from a preponderance of the evidence that Mark Andre was discriminated against by Defendant because of his race or color in violation of Title VII of the Civil Rights Act?

    Answer Yes or (No)  __NO__

    If your answer is "No," then this ends your deliberations with respect to the race or color claim, and you must skip to Question 4. If your answer is "Yes," then go to the next question.

1

2. Do you find from a preponderance of the evidence that Defendant would have made the same employment decision regarding Mark Andre for other reasons even absent consideration of his race or color?

   **Answer Yes or No** _____

   If your answer is "Yes," then this ends your deliberations with respect to the race or color claim, and you must skip to Question 4.
   If your answer is "No," go to the next question.

3. Do you find from a preponderance of the evidence that Mark Andre suffered damages as a proximate result of the race or color discrimination?

   **Answer Yes or No** _____

4. As to the retaliation claim, do you find from a preponderance of the evidence that Mark Andre was retaliated against by Defendant because of his protected activity in violation of Title VII of the Civil Rights Act?

   **Answer Yes or (No)**   NO

   If your answer is "No," then this ends your deliberations with respect to the retaliation claim, and you must skip to Question 6. If your answer is "Yes," then go to the next question.

5. Do you find from a preponderance of the evidence that Mark Andre suffered damages as a proximate result of the retaliation?

   **Answer Yes or No** _____

6. If you answered "Yes," to Question 3 or Question 5, please answer the following question: What amount of damages, if any, do you find that Mark Andre is entitled to recover for emotional pain and mental anguish?

$ _____

7. If you answered "Yes," to Question 3 or Question 5, please answer the following question: On a point scale of 0 to 5, what should Mark Andre's overall point score have been on his 2014 performance evaluation?

Answer _____

SO SAY WE ALL.

_____
Foreperson's Signature

DATE: 3/9/18